**Dino Chavez ANDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78866**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 25, 2016

Natalie Hull, Kansas City, MO, Counsel for Appellant

Dora Fichter, Jefferson City, MO, Counsel for Respondent

Before Division One: Thomas H. Newton, P.J., Cynthia L. Martin, and Edward R. Ardini, Jr., JJ.

### ORDER

Per Curiam:

Mr. Dino Anderson appeals from a judgment following an evidentiary hearing denying a post-conviction relief motion filed under Rule 29.15. We affirm. Rule 84.16 (b).